AO 91 (Rev. 2/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

FILED
AUG 7 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | Case No: 1: 12 MJ 00179 GSA |
|---|---|---|
| v. | ) | |
| | ) | |
| Maria Juarez GUTIERREZ, | ) | |
| | ) | |
| *(Defendant)* | | |

## CRIMINAL COMPLAINT

I, Kathleen A. Servatius, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about August 5, 2012, in the County of Stanislaus, in the Eastern District of California, and elsewhere, the defendants violated Title 21 of the United States Code, Sections 846 and 841(a)(1), an offense described as follows:

Possession of Methamphetamine with Intent to Distribute

with a penalty of 10 years and up to life in prison, a 10 million dollar fine, and a $100 dollar special assessment

This criminal complaint is based on these facts:

**SEE ATTACHED**

☒ Continued on the attached sheet.

_____
*Applicant's Signature*

Kathleen A. Servatius, Assistant U.S. Attorney
*Printed Name and Title*

Sworn to before me and signed in my presence,

Date: 8/7/12

_____
*Judge's signature*

City and State: Fresno, California

Honorable Gary S. Austin, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR COMPLAINT**

I, Kathleen A. Servatius, being duly sworn, dispose and state as follows:

1. I am an Assistant U.S. Attorney and have been so employed for approximately 22 years. I have received the following information from Task Force Agent Manuel Corona of the Stanislaus Drug Enforcement Agency.

## PROBABLE CAUSE STATEMENT

2. On Sunday August 5, 2012 at approximately 2330 hours, Stanislaus Drug Enforcement Agent Manuel Corona received a phone call from Modesto Police Officer James Murphy. Officer Murphy told Agent Corona that he initiated an enforcement stop on a vehicle traveling north on SR-99 north of Briggsmore Ave, Modesto, California. Officer Murphy identified the driver as Maria Juarez GUTIERREZ and learned that she was an unlicensed driver. She was accompanied by her teenage daughter, the daughter's boyfriend, and her infant granddaughter. Officer Murphy determined that no one in the vehicle had a valid driver's license and made arrangements to tow the vehicle.

3. During an inventory search of the vehicle, officer Murphy found a black suitcase in the vehicle trunk. The suitcase contained approximately six pounds of crystal methamphetamine. Officer Murphy told Agent Corona that the crystal substance NIK tested presumptive positive for the presence of methamphetamine. Officer Murphy located a ledger that contained various entries that included names with dollar amounts written next to them.

4. At approximately 0040 hours, Agent Corona read GUTIERREZ her Miranda rights in Spanish. Agent Corona asked GUTIERREZ if she understood her rights and she said, "Yes". Agent Corona asked GUTIERREZ if she was willing to provide a statement and she said, "Yes." During the interview, GUTIERREZ admitted that she was transporting methamphetamine.

///
///
///
///

5. Based upon the foregoing, I believe that probable cause exists to believe that Maria Juarez GUTIERREZ did knowingly possess methamphetamine with the intent to distribute, in violation of Title 21, United States Code, Section 846.

Kathleen A. Servatius
Assistant U.S. Attorney

Sworn and Subscribed before me on
August 7, 2012.

Honorable Gary S. Austin
United States Magistrate Judge

2