AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of California

AUG 1 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:12 MJ 00017 9 GSA |
|  | ) |
| Maria Juarez GUTIERREZ | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Maria Juarez GUTIERREZ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Possession of Methamphetamine With Intent to Distribute

Date: 8/7/12

_____
*Issuing officer's signature*

City and state: Fresno, California

Honorable Gary S. Austin, U.S. Magistrate Judge
*Printed name and title*

NO BAIL

### Return

This warrant was received on *(date)* 08-07-2012 , and the person was arrested on *(date)* 08-09-2012
at *(city and state)* MODESTO, CA .

Date: 8-10-2012

_____
SA [signature]
*Arresting officer's signature*

SA THOMAS MILES
*Printed name and title*